UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BUFFALO LABORERS WELFARE FUND; et al.,

                                                                    **CASE MANAGEMENT ORDER**

                          Plaintiff,

v.

  LEONE CONSTRUCTION, INC.,

                          Defendants.

_____

              Pursuant to the order of Hon. Frank P. Geraci, Jr. referring the above case to me

for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. ("Rule")

16(b) and Local Rule 16, and a conference with counsel having been held on ___March 21, 2019___,

it is ORDERED that:

              1.      In accordance with Section 2.1A of the Plan for Alternative Dispute

Resolution,[1] this case has been referred to mediation.

              2.      Motions to opt out of ADR shall be filed no later than ___April 4, 2019___.

              3.      Compliance with mandatory disclosure requirements found in Rule

26(a)(1) will be accomplished by ___March 28, 2019___.

              4.      The parties shall confer and select a Mediator, confirm the Mediator's

availability, ensure that the Mediator does not have a conflict with any of the parties in the case,

identify a date and time for the initial mediation session, and file a stipulation confirming their

selection on the form provided by the Court no later than ___April 18, 2019___. If the parties do

_____

              [1]      A copy of the ADR Plan, a list of ADR Neutrals, and related forms and documents can
be found at http://www.nywd.uscourts.gov or obtained from the Clerk's Office.

not file a stipulation confirming their selection of a mediator by the deadline, the Court will select a mediator in accordance with §5.4(C)(2) of the ADR Plan.

5.     All motions to join other parties and to amend the pleadings shall be filed no later than __June 3, 2019_____.

6.     The initial mediation session shall be held by no later than __June 13, 2019_____.

7.     All fact discovery shall be completed by no later than September 30, 2019 _____. If discovery disputes arise, the parties shall initially advise me of the dispute via letter (copying opposing counsel). Upon review of the letter, I will generally schedule a conference with the parties to attempt to resolve the issue informally.  If the dispute is not resolved informally, the parties will be given the opportunity to file a formal motion. This informal discovery dispute resolution process is not expedited motion practice. Therefore, letter submissions should provide a brief overview of the issue with supporting documentation and the parties' positions. Parties do not waive arguments by failing to raise them in their letter submissions.

8.     Each party intending to offer the testimony of an expert in connection with any issue as to which it bears the burden of proof (including claims, counterclaims, cross-claims or affirmative defenses) shall identify such expert(s) and provide reports pursuant to Rule 26 by no later than October 31, 2019 _____. Each party intending to offer other expert testimony (*i.e.,* testimony in response to expert testimony previously designated by an opposing party, or in support of an issue as to which the offering party does not bear the burden of proof), shall identify such expert(s) and provide reports pursuant to Rule 26 by no later than November 29, 2019 _____.

- 2 -

9.      All expert depositions shall be completed by no later than

December 20, 2019

_____.

10.     Pretrial dispositive  motions, if any, shall be filed by no later than

February 7, 2020

_____. Such motions shall be made returnable before Judge Geraci unless the referral

order grants the Magistrate Judge authority to hear and report upon dispositive motions.

11.     If no pretrial dispositive motions are filed, the parties shall contact Judge

February 7, 2020

Geraci's chambers by _____ to schedule a trial date.

12.     Mediation sessions may continue, in accordance with Section 5.11 of the

February 7, 2020

ADR Plan, until _____. The continuation of mediation sessions shall not delay or

defer other dates set forth in this Case Management Order.

**No extension of the above deadlines will be granted except upon a motion,**

**filed prior to the deadline, showing good cause for the extension.  Absent truly exceptional**

**circumstances, any motion for an extension shall be made at least one week prior to the**

**deadline sought to be extended. The parties are reminded that "a finding of 'good cause'**

**depends on the diligence of the moving party".** **<u>Parker v. Columbia Pictures Industries</u>, 204**

**F.3d 326, 340 (2d Cir. 2000).**

**SO ORDERED**.

Dated:

_____

JEREMIAH J. MCCARTHY
United States Magistrate Judge