UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BUFFALO LABORERS WELFARE FUND, et al.,                **CASE MANAGEMENT ORDER**

                                    Plaintiffs,        18-CV-00544-JJM

v.

LEONE CONSTRUCTION, INC.,

                                    Defendant.

---

As agreed to by counsel, the case will be bifurcated into liability and damages phases. The liability phase will address whether there is a collective bargaining agreement and the damages phase will address the audit and the remainder of plaintiffs' claims. The following are the deadlines for the liability phase of the case:

1.      In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution,[1] this case has been referred to mediation, but the initial mediation will be deferred until further order of the court.

2.      Compliance with the mandatory disclosure requirements found in Rule 26(a)(1) will be accomplished by no later than **April 19, 2019**.

3.      All motions to join other parties and to amend the pleadings shall be filed by no later than **June 3, 2019**.

4.      All fact discovery shall be completed by no later than **August 30, 2019**. If discovery disputes arise, the parties shall initially advise me of the dispute via letter (copying opposing counsel). Upon review of the letter, I will generally schedule a conference with the

---

[1]      A copy of the ADR Plan, a list of ADR Neutrals, and related forms and documents can be found at http://www.nywd.uscourts.gov or obtained from the Clerk's Office.

parties to attempt to resolve the issue informally.  If the dispute is not resolved informally, the parties will be given the opportunity to file a formal motion. This informal discovery dispute resolution process is not expedited motion practice. Therefore, letter submissions should provide a brief overview of the issue with supporting documentation and the parties' positions. Parties do not waive arguments by failing to raise them in their letter submissions.

5.    Neither party anticipates the need for expert discovery in the liability phase of the case.

6.    Pretrial dispositive  motions, if any, shall be filed by no later than **October 11, 2019.** The parties are directed to provide a courtesy copy of all motion papers to the Court.

7.    In the event that no dispositive motions are filed, a conference is scheduled for **October 29, 2019 at 9:30 a.m.** Counsel may appear in person or participate by telephone upon advance notice to chambers.  For those electing to participate by telephone, dial (703) 724-3100, enter access code 4100030#, and then pin 9999# sufficiently in advance of the argument.

**No extension of the above deadlines will be granted except upon a motion, filed prior to the deadline, showing good cause for the extension.  Absent truly exceptional circumstances, any motion for an extension shall be made at least one week prior to the deadline sought to be extended. The parties are reminded that "a finding of 'good cause'**

- 2 -

depends on the diligence of the moving party". <u>Parker v. Columbia Pictures Industries</u>, 204

F.3d 326, 340 (2d Cir. 2000).

**SO ORDERED.**

Dated: April 8, 2019

_____

JEREMIAH J. MCCARTHY
United States Magistrate Judge