**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X
**BUFFALO LABORERS WELFARE FUND;**
**BUFFALO LABORERS PENSION FUND;** : Docket No.: 1:18-cv-00544(JJM)
**BUFFALO LABORERS TRAINING FUND;**
**BUFFALO LABORERS SECURITY FUND;** : **JUDGMENT**
**THOMAS L. PANEK, in his fiduciary capacity as**
**ADMINISTRATOR; LABORERS EMPLOYERS**
**COOPERATION AND EDUCATION TRUST; AND**
**LABORERS' LOCAL 210, INTERNATIONAL**
**UNION OF NORTH AMERICA,**

          **Plaintiffs,**

   - against –

**LEONE CONSTRUCTION, INC.,**

          **Defendant.**
------------------------------------------------------------------ X

It is hereby **ORDERED, ADJUDGED, AND DECREED** that a final judgment in this action is hereby entered as follows:

1. in favor of Plaintiffs Buffalo Laborers Welfare Fund; Buffalo Laborers Pension Fund; Buffalo Laborers Training Fund; Buffalo Laborers Security Fund; Thomas L. Panek, in his capacity as Administrator; and Laborers Employers Cooperation and Education Trust ("LECET") (collectively "Funds") and against Defendant Leone Construction, Inc. ("Leone") in the amounts of:

    a. $13,979.83 in unpaid fringe benefit contributions;

    b. $3,813.68 in pre-judgment interest on the unpaid fringe benefit contributions;

    c. $3,813.68 as and for liquidated damages;

    d. $60.65 in unpaid LECET contributions;

    e. $32.82 in pre-judgment interest on the unpaid LECET contributions;

    f. $3,882.19 in actual audit costs;

      g.  $43,995.00 in reasonable attorneys' fees; and

      h.  $661.53 in costs;

2. in favor of Plaintiff Laborers' Local 210, International Union of North America ("Union") and against Defendant Leone in the amounts of:

      a.  $1,151.82 in unpaid dues deductions;

      b.  $624.08 in pre-judgment interest on the unpaid dues deductions;

      c.  $60.65 in unpaid New York State Laborers Political Action Committee ("NYSLPAC") deductions; and

      d.  $32.82 in pre-judgment interest on the unpaid NYSLPAC deductions.

It is SO ORDERED.

Dated:      November 5, 2020
               Buffalo, New York

                                                                /s/ Jeremiah J. McCarthy
                                                                Hon. Jeremiah J. McCarthy
                                                                United States Magistrate Judge